

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00391-CV

**PHILLIPS MOTORS CO.** and Mansour R. Mansour,
Appellant

v.

**MILLION AUTO PARTS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2019CV00722
The Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant's brief was due on July 22, 2019. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **August 15, 2019**, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.



Keith E. Hottle,
Clerk of Court